## Austin E. Jaquith v. Amos Hale.

*Certiorari: School-district: Organization: Assessor: Remedy. Certiorari* addressed to the assessor of a school-district is wholly unsuited as a remedy to test the legal organization and existence of the school-district.

*Submitted on briefs April 7.    Decided April 13.*

*Certiorari* to Assessor of School-District No. 8, of Huron, Wayne county.

*Sylvester Larned* and *William Aikman, Jr.,* for plaintiff in certiorari.

*Moore & Moore,* for defendant in *certiorari.*

PER CURIAM.

It is sought in this case to inquire into the legal organization and existence of a school-district, on a *certiorari* addressed to its assessor. The remedy is wholly unsuited to the case, as the errors, if any there are, lie back of any action of the assessor, and are to be found in the action of the township authorities.

The writ was improvidently issued, and must be quashed, with costs.